IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14  PM 2: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GEORGE STAFFORD, ET AL.,

    Plaintiffs,

VS.                              NO. 04-2811-Ma

ALLSTATE INSURANCE CO.,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE TRIAL

---

Pursuant to defendant's June 22, 2005, motion to reset the trial in this matter, the court held a conference on August 24, 2005. Attending on behalf of the plaintiffs was David M. Dunavant. Participating on behalf of the defendant was David M. Waldrop. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is October 31, 2005.

2. The deadline for filing potentially dispositive motions is November 30, 2005.

3. The parties will submit a joint proposed pretrial order by 5:00 p.m. on February 2, 2006.

4. A pretrial conference will be held on Thursday, February 9, 2006, at 1:30 p.m.

5. The jury trial is **reset** to Tuesday, February 21, 2006, and is expected to take 2 to 3 days.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-15-05

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02811 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Richard Jennings
CIRCUIT COURT, 25TH JUDICIAL DISTRICT
Lauderdale County Courthouse
Ripley, TN 38063

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Honorable Samuel Mays
US DISTRICT COURT